AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Timothy M White | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:19-cv-01136-DCC |
| Andrew Saul, Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| *Defendants* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Decision of the Commissioner is reversed and the case is remanded for further proceedings.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C Coggins, Jr, United States District Judge, presiding.

Date:   August 25, 2020                     *ROBIN L. BLUME, CLERK OF COURT*

                                            s/H.Cornwell
                                            _____
                                            *Signature of Clerk or Deputy Clerk*